ORDERED.

Dated:  November 21, 2024

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In the Matter of:
Jay Matthew Weller and                                  Miscellaneous Proceeding
Weller Legal Group, P.A.                                Misc. Case No.:        8:24-mp-00038-CED
_____/

United States Trustee for Region 21
Mary Ida Townson
        Complainant

vs.                                                     Contested Matter

Jay Matthew Weller and
Weller Legal Group, P.A.
        Respondents
_____/

**ORDER GRANTING
UNITED STATES TRUSTEE MOTION TO STRIKE RESPONSE AND
CONTINUING PRELIMINARY HEARING FOR 11:00 A.M. ON JANUARY 15, 2025**

THIS MISCELLANEOUS PROCEEDING comes before this Court at 9:30 a.m. on November 18, 2024, to consider and rule upon the Motion to Strike Certain Provisions of the Response or in the alternative to Strike the Response (Doc. No. 6). For the reasons stated upon

the record in open court, constituting this Court's findings and conclusions, **IT IS ORDERED** that:

1. The Motion to Strike Certain Provisions of the Response or in the alternative to Strike the Response, (Doc. No. 6), filed by the U.S. trustee is **GRANTED** as follows.

2. The Response, (Doc. No. 5), is **STRICKEN** from the court record in this matter.

3. The Respondents must file their Response on or before December 16, 2024.

4. This Court recognizes that discovery will be needed in this Miscellaneous Proceeding; as such, this Court **ORDERS** under Fed. R. Bankr. P. 7026, applying Fed. R. Civ. P. 26(d)(1), that discovery is open and parties may seek discovery from any source. This is without prejudice to this Court entering a more complete Scheduling Order once the parties have conferred and filed their report of parties' planning conference.

5. This Court Continues the Preliminary Hearing on the Motion for (1) the Examination of Transactions and Bankruptcy Services Fee Agreements with Debtors; and (2) Civil Penalties, Refunds, Disgorgements, and Sanctions, (Doc. No. 1), filed by the U.S. trustee to:

**11:00 a.m. on January 15, 2025**

The continued hearing will take place in Courtroom 9A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida 33602.

All parties may attend the hearing in person. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

Clerk's Office to serve a copy of this Order upon all parties via BNC Notice of Filing, which this Court finds and concludes is adequate and sufficient notice and service.